IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**BRISA RODRIGUEZ**                                            **PLAINTIFF**

vs.                      No. 5:21-cv-516-OLG

**TRI-NATIONAL, INC.**                                   **DEFENDANT**

### PLAINTIFF'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT

COMES NOW Plaintiff Brisa Rodriguez ("Plaintiff"), by and through her attorney Josh Sanford of the Sanford Law Firm, PLLC, and for her Notice of Acceptance of Offer of Judgment, states and alleges as follows:

1. On November 10, Defendant's counsel emailed Plaintiff's counsel with an Offer of Judgment in the sum of $18,765.00, inclusive of all costs and attorney's fees accrued to date. Defendant's Offer of Judgment is attached as Exhibit 1.

2. The deadline to accept the Offer of Judgment is November 24.

3. Plaintiff accepts Defendant's Offer of Judgment for the total sum of $18,765.00, inclusive of all costs and attorney's fees accrued to date.

Respectfully submitted,

**PLAINTIFF BRISA RODRIGUEZ**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

By: */s/ Josh Sanford*
Josh Sanford
Tex. Bar No. 24077858
josh@sanfordlawfirm.com

## CERTIFICATE OF SERVICE

I, the undersigned counsel, do hereby certify that on the date imprinted by the CM/ECF system, a copy of the foregoing NOTICE was filed via the CM/ECF system, which will provide notice to the following attorney of record:

David R. Bohm
DANNA MCKITICK, P.C.
7701 Forsyth Boulevard, Suite 1200
St. Louis, Missouri 63105
Telephone: (314) 726-1000
Facsimile: (314) 725-6592
dbohm@dmfirm.com

Michael L. Holland, Esq.
HOLLAND & HOLLAND, L.L.C.
North Frost Center
1250 N.E. Loop 410, Suite 808
San Antonio, Texas 78209
Telephone: (210) 824-8282
Facsimile: (210) 824-8585
mholland@hollandfirm.com

*/s/ Josh Sanford*
**Josh Sanford**